## COLEMAN *v.* NEWSOME.

No. 9997. JUNE 14, 1934.

*A. S. Bradley, Herschel E. Smith,* and *Phillips & Abbot,* for plaintiff.

*Martin, Martin & Snow,* for defendant.

RUSSELL, C. J.    The question of the Court of Appeals must be answered in the affirmative; this answer being strictly in accordance with the recent decisions of this court in *Atlanta Coach Co.* v. *Cobb,* 178 *Ga.* 544 (174 S. E. 131), and *Tatum* v. *Croswell,* 178 *Ga.* 679 (174 S. E. 140).                *All the Justices concur.*